JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:25-cv-05026-DOC-SP                           Date: August 22, 2025

Title: Sharrod Moten v. People of the State

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):** **ORDER DISMISSING CASE FOR FAILURE TO SUBMIT IN FORMA PAUPERIS REQUEST OR PAY FILING FEE**

On May 27, 2025, the Clerk notified Plaintiff that he had failed to pay the filing fee or submit a request to proceed in forma pauperis and stated that a failure to respond within 30 days may result in dismissal (Dkt. 2). Over 30 days have passed, and Plaintiff has not responded, thus, the case is hereby **DISMISSED** without prejudice.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                          Initials of Deputy Clerk: kdu

CIVIL-GEN